# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00541-CR

**Robert Thomas, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-17-208383, THE HONORABLE BOB PERKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We withdraw the opinion and judgment dated October 2, 2018, and reinstate the appeal. The reporter's record is due 30 days from the date of this order.

It is ordered on January 11, 2019.

Before Justices Goodwin, Baker, and Triana

Do Not Publish